UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WENTWORTH RATTRAY,

                Plaintiff,

v.

POLICE OFFICER CADAVID (Unit 28 David 412 Badge #9085); POLICE OFFICER SGT MERVIN BAUTISTA; POLICE OFFICER ALYSSA TRIGUENO; THE CITY OF NEW YORK,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/18

**ORDER**

17 Civ. 8560 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the conference in this action previously scheduled for June 21, 2018 is adjourned to **July 26, 2018 at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

      It is further ORDERED that Plaintiff shall respond to Defendants' June 20, 2018 letter (Dkt. No. 38), by **June 29, 2018**.

      The Clerk of Court is directed to mail a copy of this order, via certified mail, to pro se Plaintiff Wentworth Rattray.

Dated: New York, New York
       June 20, 2018

                          SO ORDERED.

                          Paul G. Gardephe
                          United States District Judge