UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

WENTWORTH RATTRAY

                              Plaintiff,

         -against-

CITY OF NEW YORK et al,

                             Defendants.

-----------------------------------------------------------------X

17-cv-8560 (PGG)(KHP)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2019

**KATHARINE H. PARKER, United States Magistrate Judge:**

        The Court is in receipt of the City's request to strike Plaintiff's November 12, 2019 letter. (Doc. No. 83.) In light of Plaintiff's *pro se* status and because Plaintiff's submission of his Third Amended Complaint contained no memorandum of law, the City's request is denied. The Court will construe Plaintiff's November 12, 2019 submission (Doc. No. 82) as Plaintiff's memorandum of law in support of his motion to amend the Complaint. The City may submit a sur-reply, if any, by **December 2, 2019**.

        Plaintiff is warned that the Court will not accept any further submissions from him in support of his motion to amend.

        The City is ordered to serve a copy of this order on Plaintiff.

        The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

        **SO ORDERED.**

DATED:    New York, New York
              November 20, 2019

_____
KATHARINE H. PARKER
United States Magistrate Judge