

JAMES E. JOHNSON
*Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

KATHLEEN D. REILLY
*Assistant Corporation Counsel*
Phone: (212) 356-2663
Fax: (212) 356-3558
Email: kareilly@law.nyc.gov

May 14, 2020

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: May 15, 2020

Re: Wentworth Rattray v. City of New York,
17 Civ. 8560 (PGG)

Your Honor:

I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, and the attorney for defendants City of New York, Police Officer Jose Cadavid, Police Officer Alyssa Trigueno, and Sergeant Mervin Bautista ("defendants") in the above-referenced action. For the reasons set forth below, defendants write to respectfully request a one (1) week extension of time, from May 19, 2020 until May 26, 2020, to file their opposition to plaintiff's objections to the Honorable Katharine H. Parker's April 20, 2020 Report and Recommendation in this matter. (ECF Nos. 88, 91.) This is defendants' first such request, and plaintiff consents to this request.

Pursuant to the Court's April 20, 2020 Report and Recommendation, the Court provided that, if plaintiff filed written objections, defendants may respond to such objections within fourteen days of being served with a copy. (ECF No. 87.) On May 5, 2015, plaintiff filed his objections; concurrently therewith, plaintiff also filed a request for an extension of time, to supplement his objections. (ECF Nos. 88, 89.) The Court granted plaintiff's request, extending plaintiff's time to file his objections until May 12, 2020, and defendants' time to respond until May 19, 2020. On May 13, 2020, plaintiff filed an additional 21 of objections to the Court's Report and Recommendation. In light of plaintiff's lengthy submission, which totals approximately 28 pages, and in order to provide sufficient time to both prepare a response and allow for supervisory review, defendants respectfully request a brief one week extension of time, until May 26, 2020, to file their opposition to plaintiff's objections to the Report and Recommendation.

Defendants thank the Court for its time and consideration of this request.

Respectfully submitted,

*/s/ Kathleen D. Reilly*

Kathleen D. Reilly
Assistant Corporation Counsel

cc: **By First Class Mail**
Wentworth Rattray, *Plaintiff Pro Se*
42 West 120 Street, Apt. 3C
New York, New York 10027