```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/29/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WENTWORTH RATTRAY

                                  Plaintiff,                               **17-cv-8560 (PGG)(KHP)**

     -against-                                                 **ORDER**

CITY OF NEW YORK et al,

                                  Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       Plaintiff's request at ECF No. 105 for permission to file a Reply to Defendants' Answer at is DENIED. Any arguments Plaintiff wishes to make in response to a motion to dismiss or for summary judgment shall be made according to a briefing schedule set by the Court, which will be discussed at the upcoming telephonic case management conference. Accordingly, Plaintiff's filing at ECF No. 102 is stricken, and the Clerk of the Court is directed to remove the filing from the docket.

       As a reminder, the upcoming telephonic case management conference is scheduled for **Tuesday, October 6, 2020 at 12:30 p.m.** The parties' are directed to call into the court conference line at the scheduled time. **Please dial (866) 434-5269 Code: 4858267.**

       SO ORDERED.

DATED:       New York, New York
                   September 29, 2020

                                                               _____
                                                               KATHARINE H. PARKER
                                                               United States Magistrate Judge