```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/8/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

WENTWORTH RATTRAY

                        Plaintiff,                      **17-cv-8560 (PGG)(KHP)**

       -against-                                    **ORDER TO STRIKE**

CITY OF NEW YORK et al,

                        Defendants.

------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      Plaintiff recently inappropriately filed documents produced to him during discovery on the electronic docket.  The Clerk of Court is directed to strike ECF No. 117 in its entirety. Plaintiff is reminded that he is not to file discovery materials with the Court, regardless of whether that information may be publicly available.

**SO ORDERED.**

DATED:      New York, New York
                January 8, 2021

                                                      _____
                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge