**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

WENTWORTH RATTRAY

                        Plaintiff,                          **17-cv-8560 (PGG)(KHP)**

            -against-             **ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE**

CITY OF NEW YORK et al,

                        Defendants.

------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

A telephonic Case Management conference in this matter was held on May 12, 2021 at 3:00 pm. Following that discussion, the Court hereby orders the following documents/ items are exchanged between the parties:

- Defense Counsel will produce the officers memo book to my chambers *en camera* by May 21, 2021*;*

- Defense Counsel will produce Officers' Disciplinary Records to the Plaintiff;

- Defense Counsel will produce audio of plaintiffs phone call and/or destruction records along with office policies governing destruction of such records.

Additionally, the court hereby orders the following schedule changes:

- The Order to Show Cause Hearing Scheduled for June 7, 2021 at 2:00 pm is **cancelled.**

- The Deadline for Discovery will be extended to June 30, 2021.

Lastly, a final telephonic case management conference will be scheduled for **Thursday, July 1, 2021 at 3:15 p.m.**  The parties' are directed to call into the court conference line at the scheduled time.  **Please dial (866) 434-5269 Code: 4858267.**

**The parties' are directed to submit a report on June 2, 2021 confirming these documents were exchanged by both sides**.

**SO ORDERED.**

DATED:   New York, New York
         May 12, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge