USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WENTWORTH RATTRAY

                        Plaintiff,

          -against-

CITY OF NEW YORK et al,

                        Defendants.
-----------------------------------------------------------------X

17-cv-8560 (PGG)(KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court has received and reviewed *in camera* the unredacted notes from Defendant Police Officer Cadavid's memo book in response to Plaintiff's objections about redactions made to the notes. The Court finds that the redactions are appropriate, as the information redacted does not concern Plaintiff. However, upon review, it appears that the memo book notes do not cover any interactions with Plaintiff on 11/5/2016 and there is a note that reads "no narcotics in rear seats" which does not pertain to Plaintiff. Additionally, it appears there are no notes for on-scene Sargent Hornandez. Accordingly, by May 28, 2021, Defendants shall produce any additional relevant pages from the memo books of Officer Cadavid and Hornandez and file a letter with the Court stating that it has done so or, if applicable, stating that no additional relevant notes exist.

**SO ORDERED.**

DATED:    New York, New York
               May 21, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge