USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/29/2021



**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ALAN H. SCHEINER**
*Senior Counsel*
Phone: (212) 356-2344
Fax: (212) 356-3509
ascheine@law.nyc.gov

May 28, 2021

**BY ECF**

Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

APPLICATION GRANTED

*/s/ Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
05/29/2021

     Re: *Wentworth Rattray v. Police Officer Cadavid, et al.*, 17-CV-8560 (PGG) (KHP)

Your Honor:

    I am a Senior Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, and the attorney for defendants Police Officer Jose Cadavid and Police Officer Alyssa Trigueno ("defendants") in the above-referenced action. Defendants write to respectfully request an extension of time for defendants to complete their response to the Court's May 12, 2021 Order (the "Order"). (ECF No. 130)

    The Order required, inter alia, that defendants produce to plaintiff a recording of his 911 phone call or records of its destruction along with the policies governing destruction of such records. (ECF No. 130)

    The defendants are still in the process of investigating the status of the 911 audio tape of plaintiff's call and may not be able to complete that process by June 2, 2021. Accordingly, defendants respectfully request a one-week extension of time to June 9, 2021, to respond to the Order with respect to the audio recording of plaintiff's 911 call.

    This is the first request for extension of this deadline. Defendants requested plaintiff's consent to this request by email but did not yet hear back from him.

    We thank the Court for its consideration of this matter.

              Respectfully submitted,

               *Alan H. Scheiner* /s/

               Alan H. Scheiner
               Senior Counsel

cc: **By First Class Mail**
Wentworth Rattray, *Plaintiff Pro Se*
42 West 120 Street, Apt. 3C
New York, New York 127