UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WENTWORTH RATTRAY

                    Plaintiff,           17-cv-8560 (PGG)(KHP)

    -against-              **ORDER**

CITY OF NEW YORK et al,

                    Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The Court received a voicemail from both of the parties on Friday, August 13, 2021, during deposition testimony. To the extent Defendant objects to questions and seeks a protective order, Defendant may refuse to answer such questions pending the outcome of a ruling on a motion for a protective order. The parties shall complete as much of the deposition as possible and ask the court reporter to mark appropriate questions/objections for rulings. By September 10, 2021, Defendant may file a motion for a protective order with the court and must provide a copy of the deposition transcript together with those questions/objections for which a ruling is sought highlighted. Plaintiff shall have one week to file an opposition. No reply brief.

      **SO ORDERED.**

DATED:    New York, New York
              August 13, 2021

                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge