USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___01/11/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

WENTWORTH RATTRAY

                      Plaintiff,                    **17-cv-8560 (PGG)(KHP)**

           -against-                    **ORDER RESCHEDULING**
                                                      **TELEPHONIC CASE MANAGEMENT**

CITY OF NEW YORK et al,                    **CONFERENCE**

                      Defendants.

----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        The telephonic Case Management conference in this matter scheduled for

Wednesday, January 19, 2022 at 12:15 p.m. is hereby rescheduled to **Wednesday, January 19,**

**2022 at 11:30 a.m.** The parties' are directed to call into the court conference line at the

scheduled time. **Please dial (866) 434-5269 Code: 4858267.**

        **SO ORDERED.**

DATED:     New York, New York
            January 11, 2022

                                   _____
                                   KATHARINE H. PARKER
                                   United States Magistrate Judge