USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
WENTWORth RATTRAY

                          Plaintiff,                          17-cv-8560 (PGG)(KHP)

         -against-

CITY OF NEW YORK et al,                                           **ORDER**

                        Defendants.

----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        A telephonic Case Management conference is scheduled for Wednesday, January 19, 2022 at 11:30 a.m. At this conference, the Court will discuss Defendant's motion for reconsideration (ECF No. 189.), Defendant's request for a copy of the deposition transcript of the non-party witness (ECF No. 192.), and set a new briefing schedule for Defendant's summary judgment motion. The parties' are directed to call into the court conference line at the scheduled time. Please dial (866) 434-5269 Code: 4858267.

        **SO ORDERED.**

DATED:    New York, New York
               January 13, 2022

                                                        _____
                                                           KATHARINE H. PARKER
                                                           United States Magistrate Judge