USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
WENTWORTH RATTRAY

                Plaintiff,                17-cv-8560 (PGG)(KHP)

     -against-

                                                **ORDER**

CITY OF NEW YORK et al,

                Defendants.

----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

A telephonic case management conference was held on January 19, 2022 whereby the Court provided a verbal ruling on Defendants Motions at ECF Nos. 189 and 192. Accordingly, the following deadlines were determined at the conference:

- Plaintiff must draft an order with directions for the non-party witness to provide attestation to the deposition transcript and upload it to ECF by January 26, 2022. Defendants' response/ opposition due February 2, 2022.

- Defendants' summary judgment motion will proceed on the following schedule: Moving papers are due 30 days after the provision of the attestation or by April 15, 2022, whichever is earlier. Plaintiff will have 30 days to respond, Defendants will have 15 days to reply.

**The Clerk of the Court is directed to terminate motions at ECF Nos. 189 and 192.**

**SO ORDERED.**

DATED:    New York, New York

January 19, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge