UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **WENTWORTH RATTRAY** | Unredacted Subpoena |
| Plaintiff, | Filed Under Seal |
| -against- | Jury Trial Demanded, ECF |
| POLICE OFFICER **CADAVID**, BADGE NO. 9085, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; POLICE OFFICER ALYSSA **TRIGUENO**, IN HER INDIVIDUAL AND OFFICIAL CAPACITY. | **17-CV-8560 (**PGG-KHP**)** |
| Defendants, | |

Plaintiff Wentworth Rattray files the unredacted Subpoena to the non-party, Connecticut witness to return the witness's attestation of the witness's 10/26/2021 deposition testimony.  The Court granted leave to serve the Subpoena [ECF-198]. Plaintiff now files a copy of the Subpoena under seal to protect the non-party witness's privacy.

1. Plaintiff previously notified the Court that Plaintiff had not yet received the signed attestation from the non-party witness and provides this update:

    a. Plaintiff's agent attempted to acquire that attestation from the non-party witness.

    b. The deposition and attestation files were mailed to the witnesses Connecticut address as listed in the NYPD records on November 12th 2021.

    c. The deposition and attestation were returned-to-sender, undelivered, on December 1st 2021.

    d. The deposition and attestation were remailed to the Deponent at a new address provided by the Deponent.

    e. The Deponent has acknowledged receipt of the transcript and has reported that she has voluntarily returned the document to Plaintiff's agent.

    f. Plaintiff's agent had not received the signed, sworn attestation to the Deponents testimony as of February 3rd, 2022.

    g. Plaintiff will serve this Subpoena on the non-party Connecticut witness.

2. In response to the pandemic Defendant's council, City of New York Law Department, provides a means of serving Defendants by email. Plaintiff has emailed a copy of this Subpoena the City of New York Law Department at ServiceECF @ LAW.NYC.GOV and to Defendants' council.

Plaintiff thanks the Court for its time.

        Wentworth Rattray /s/
        Wentworth Rattray, Plaintiff, Pro Se

**Filed ECF**