Placeholder for document filed under SEAL in ECF 201.

Subpoena_Desposition_Transcript_Filled_nonParty Witness_20220205_