**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

S E. JOHNSON
ration Counsel

JONATHAN JAY PINN
Chief, Operations Division
100 Church Street
NY, NY 10007
jpinn@law.nyc.gov

## MEMORANDUM

TO: ALL

FROM: JONATHAN JAY PINN

DATE: NOVEMBER 4, 2020

SUBJECT: MESSAGE FROM THE NEW YORK CITY LAW DEPARTMENT REGARDING SERVICE OF PROCESS

Beginning on Tuesday, June 23, 2020, the service window will be open ONLY on Tuesdays and Thursdays from 9:00am to 5:00pm. An email address remains available where the Law Department continues to temporarily accept service. The email address established for service in this period is ServiceECF@law.nyc.gov. Please note that service will be temporarily accepted via this method only for the City of New York and entities for which the Law Department is authorized to accept service. Service of process on individuals should continue to proceed in manner required by applicable law.

Law Department website:
www.nyc.gov/law