# EXHIBIT A



COURT REPORTING
LEGAL VIDEOGRAPHY
VIDEOCONFERENCING
TRIAL PRESENTATION
MOCK JURY SERVICES
LEGAL TRANSCRIPTION
COPYING AND SCANNING
LANGUAGE INTERPRETERS



NAEGELI
Expect Excellence

DEPOSITION AND TRIAL

CELEBRATING 35 YEARS IN BUSINESS

(800) 528-3335
NAEGELIUSA.COM

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

ATT Michael J Klenovich

WENTWORTH RATTRAY,

    PLAINTIFF,

VS                                    CASE NUMBER 17-CV-8560

POLICE OFFICER CADAVID BADGE
NUMBER 9085, IN HIS INDIVIDUAL
AND OFFICIAL CAPACITY; POLICE
OFFICER ALYSSA TRIGUENO, IN
HER INDIVIDUAL AND OFFICIAL
CAPACITY,

    DEFENDANTS.

---

**REMOTE DEPOSITION BY VIDEOCONFERENCE**

**WENDY SANDY**

**TAKEN ON**
**TUESDAY, OCTOBER 26, 2021**
**11:25 A.M.**

**CONNECTICUT**

```
                    Wendy Sandy   October 26, 2021   NDT Assgn # 53738                Page 67
 1                              CORRECTION SHEET
 2  Deposition of: Wendy Sandy                    Date: 10/26/21
 3  Regarding:      Rattray vs. Cadavid, et al.
 4  Reporter:       Cortopassi
 5  _____
 6  Please make all corrections, changes or clarifications
 7  to your testimony on this sheet, showing page and line
 8  number.  If there are no changes, write "none" across
 9  the page.  Sign this sheet on the line provided.
10  Page    Line    Reason for Change
11
12
13
14
15
16
17
18
19
20
21
22
23
24                       Signature _Wendy Sandy_
25                                 Wendy Sandy
```

NAEGELI  (800)528-3335
DEPOSITION AND TRIAL  NAEGELIUSA.COM

Wendy Sandy    October 26, 2021    NDT Assgn # 53738    Page 18

**66**

1  Date:    November 11, 2021    Assignment #: 53738
2  Deponent: Wendy Sandy
3  Case:    Wentworth Rattray vs. Jose Cadavid, et al.
4
5  DEPONENT: It has been requested that you read and sign
6  your transcript. This transcript is to be read only by
7  you. Please make any corrections necessary on the
8  Correction Sheet ONLY. You are to sign the Correction
9  Sheet where indicated.
10
11 After signing the Correction Sheet, do the following:
12    1. The ORIGINAL executed Correction Sheet needs to be
13    returned to our corporation.
14    2. Forward a COPY of the executed Correction Sheet
15    directly to the attorney(s) listed below.
16    (The address(es) can be found on the Appearance Page
17    of your deposition.)
18    3. Retain a copy for your records.
19
20 CC:  Naegeli Deposition & Trial
21      Wentworth Rattray, Pro Se
22      Alan H. Scheiner, Esquire
23      Andrey Udalov, Esquire
24
25

**67**

1       CORRECTION SHEET
2  Deposition of: Wendy Sandy    Date: 10/26/21
3  Regarding:   Rattray vs. Cadavid, et al.
4  Reporter:    Cortopassi
5  _____
6  Please make all corrections, changes or clarifications
7  to your testimony on this sheet, showing page and line
8  number. If there are no changes, write "none" across
9  the page. Sign this sheet on the line provided.
10 Page   Line   Reason for Change
11
12
13
14
15
16
17
18
19
20
21
22
23
24       Signature_____
25           Wendy Sandy

**68**

1           DECLARATION
2  Deposition of: Wendy Sandy    Date: 10/26/21
3  Regarding:   Rattray vs. Cadavid, et al.
4  Reporter:    Cortopassi
5  _____
6
7  I declare under penalty of perjury the following to
8  be true:
9
10 I have read my deposition and the same is true and
11 accurate save and except for any corrections as made
12 by me on the Correction Page herein.
13
14 Signed at  Wendy Sandy
15 on the  2-11-22  day of _____, 2021.
16
17
18
19
20
21
22
23
24 Signature  W. Sandy
25           Wendy Sandy



NAEGELI DEPOSITION AND TRIAL    (800) 528-3335    NAEGELIUSA.COM

```
 1                      DECLARATION
 2  Deposition of: Wendy Sandy           Date: 10/26/21
 3  Regarding:     Rattray vs. Cadavid, et al.
 4  Reporter:      Cortopassi
 5  _____
 6
 7  I declare under penalty of perjury the following to
 8  be true:
 9
10  I have read my deposition and the same is true and
11  accurate save and except for any corrections as made
12  by me on the Correction Page herein.
13
14  Signed at _Wendy Sandy_____,
15  on the _2·11·22_ day of __11_____, 2021.
16
17
18
19
20
21
22
23
24              Signature _W. Sandy_____
25                        Wendy Sandy
```

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

GENERAL STATUTES OF CONNECTICUT - Title 1 Ch.(4), Sec. 1-24a. Affiant may swear truth of document or other writing before proper officer, when. In any matter in which a document or other writing is to be submitted under penalty of false statement, the affiant may, in lieu thereof, swear to the truth of the document or writing before any proper officer.

Subpoena to Testify at a Deposition in a Civil Action (Page 2)

---

Civil Action No.

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)* __Wendy Sandy__

on *(date)* __2/7/22__

I served the subpoena by delivering a copy to the named individual as follows: __Wendy Sandy__
__110 Prospect Ave. West Haven, CT 06516__

on *(date)* __2/8/22__ ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: __2/15/22__

__S. Foley__
*Server's signature*

__Stephen T Foley - Process Server__
*Printed name and title*

__200 Tyler St #221 East Haven, CT 06512__