# EXHIBIT B

Page 1

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------------------------------------X
     WENTWORTH RATTRAY,
 3
                                         PLAINTIFF,
 4
 5              -against-              Case No:
                                       17-CV-8560
 6
 7   THE CITY OF NEW YORK; POLICE OFFICER JOSE CADAVID, BADGE
     NO. 9085, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; POLICE
 8   OFFICER SGT MERVIN BAUTISTA, IN HIS INDIVIDUAL AND OFFICIAL
     CAPACITY; POLICE OFFICER ALYSSA TRIGUENO, IN HER INDIVIDUAL
 9   AND OFFICIAL CAPACITY,
10                                       DEFENDANTS.
     ------------------------------------------------------------X
11
12                       DATE:  July 30, 2021
13                       TIME:  10:24 a.m.
14
15
16              DEPOSITION of the Plaintiff,
17   WENTWORTH RATTRAY, taken by the Defendants, pursuant to a
18   Court Order and to the Federal Rules of Civil Procedure,
19   held via ZOOM Video Conference, before Tina M. Haywood, a
20   Notary Public of the State of New York.
21
22
23
24
25
```

```
1     A.    I did.
2     Q.    And why did you do that?
3     A.    Because I don't think that's the best thing for
4     my child.
5     Q.    And what was the outcome of the case?
6     A.    The outcome of the case was that the child would
7     remain where she was.
8     Q.    And where was that?
9     A.    That was living with me in New York City under my
10    protection.
11    Q.    Were you represented in this case?
12    A.    I don't know what you mean by represented.
13    Q.    Were you represented by an attorney in this case?
14    A.    I was pro se in that case.
15    Q.    Was the mother represented by an attorney in that
16    case?
17    A.    She was represented.
18    Q.    And what is the custodial situation right now?
19    A.    As it was back in 2016; as it was decided by the
20    Court.
21    Q.    And what was that decision?
22    A.    I believe that is in the complaint.  The child is
23    to remain living with me and under my care and protection.
24    Q.    And what were the mother's rights?
25    A.    Again, this information is in the complaint, but
```

```
                                                      Page 31
1    I shall endeavor to explain.  She has visitation for a
2    24-hour period every other week.
3         Q.    And how often is that visitation?
4         A.    Every other week.
5         Q.    Is it once a day or twice a week or three times a
6    week?
7         A.    A 24-hour period.  I'm sorry if I'm not being
8    clear.  The mother has visitation both for a 24-hour period
9    every other week.  So there is a 24-hour period where the
10   child is with the mother and that 24-hour period happens
11   every other week.  That is how frequent in duration.
12        Q.    And have you ever been accused of violence
13   towards the mother or the child?
14        A.    Not to my knowledge.
15        Q.    Have you ever been known by any other name other
16   than Wentworth Rattray?
17        A.    Many.
18        Q.    What are the names you have been known by?
19        A.    Wentworth Garfield Anthony Rattray is my full
20   name.
21        Q.    Are you known by any other names?
22        A.    That name, however, does not fit on many forms,
23   so it gets adjusted to Wentworth Rattray or
24   Wentworth G. Rattray or Wentworth G. A. Rattray.  In
25   informal situations, I'm often referred to as Gary Rattray.
```