# EXHIBIT D

# Event Chronology -- D16110518835 [5 Year Archive]

☑ System Comments   ☐ Associated Events

| Event | Time | Date | Terminal | Operator | Action |
|---|---|---|---|---|---|
| 16110518835 | 18:49:43 | 11/5/2016 | ps1-c076 | 363714 | ANI NUM=65983377, CALLER NAME=CELL SITE - TMOBILE, ANI=(718) 813-9099, ALI=14695TH AVENEW YORK, COMMENT=: NW, COMPANY=TMOB, CLASS=WPH1,LAT=+040.802321,LONG=-073.945047,XY=XY (99946602,23158943) |
|  | 18:50:04 | 11/5/2016 | ps1-c076 | 363714 | ANI NUM=65983393, CALLER NAME=CELL SITE - TMOBILE, ANI=(718) 813-9099, ALI=14695TH AVENEW YORK, COMMENT=: NW, COMPANY=TMOB, CLASS=WPH2,LAT=+040.804113,LONG=-073.946228,XY=XY (99913865,23224211) |
|  | 18:51:56 | 11/5/2016 | ps1-c076 | 363714 | EVENT CREATED: Location=42 W 120 ST MN , Cross Streets=MOUNT MORRIS PARK W /LENOX AVE , Name=CELL SITE - TMOBILE , Address=LL(-73:56:46.4209,40:48:14.8067): EST 4 MOUNT MORRIS PARK W MN , Call Source=ANI/ALI , Phone Number=(718) 813-9099 , Zone=Z07 , PCT/Sector=28D , Post=28PP63 |
|  |  |  |  |  | Route=D, PCT=28, Sector=28D, St=Pending, P=5, Current=F, Open =T, Type=52D6-DISPUTE: FAMILY, Open/Curent=F |
|  | 18:51:56 | 11/5/2016 | loi-search | 363714 | EVENT COMMENT=** LOI search completed at 11/05/16 18:51:56 |
|  |  |  |  |  | FC STS CUSTODIAL DISP W FATHER OF CHILD.... FATHER REFUSING TO GIVE CHILD |
|  |  |  |  |  | BACK.... FC HYSTERICAL CRYING.... IFO AGRESSORS HOME, AGRESSOR INSIDE 3C ON 3 |
|  |  |  |  |  | FLR..... NO WPNS.... NO INJS.... |
|  | 18:52:45 | 11/5/2016 | ps1-c076 | 363714 | EVENT COMMENT=AGRESSOR MB,LIGHT SKIN, 48 YO, WRING OLIVE JKT, LIGHT KHAKI PANTS, BLK OR GRY T |
|  |  |  |  |  | SHIRT, NAME GARY RATTRAY |
|  | 18:52:56 | 11/5/2016 | ps1-c076 | 363714 | EVENT COMMENT=SFC SANDY CB 718 813 9099 |
|  | 18:53:04 | 11/5/2016 | ps1-c076 | 363714 | EVENT COMMENT=ANI-ALI-7188139099 CELL SITE - TMOBILE 1469 5TH AVE NW NEW YORK COS:WPH2 LAT: |
|  |  |  |  |  | 040.804113 LON:-073.946228 OPER MELIDONES, KRYSTIN M-C-MTCCP076 OPR 1988 |
|  | 18:54:34 | 11/5/2016 | ps1-d07 | 362665 | EVENT COMMENT=Event D16110518835 has been displayed by the covering dispatcher |
|  |  |  |  |  | ** >>>> by: 362665 at 11/05/16 18:54:34 on terminal: ps1-d07 |
|  | 18:54:37 | 11/5/2016 | ps1-d07 | 362665 | Route=D, PCT=28, Sector=28D, St=Dispatch Assigned, P=5, Current=F, Open =T, Type=52D6-DISPUTE: FAMILY, Open/Curent=F |
|  |  |  |  |  | Unit=28D1-3, St=DA, Comment=Event D16110518835 Dispatch Assigned |
|  |  |  |  |  | EVENT COMMENT=28D1-3 -- Event D16110518835 Dispatch Assigned |
|  | 19:03:33 | 11/5/2016 | ps1-d07 | 362674 | Route=D, PCT=28, Sector=28D, St=Dispatch Assigned, P=5, Current=F, Open =T, Type=52D6-DISPUTE: FAMILY, |

| | | | | |
|---|---|---|---|---|
| | | | | Open/Curent=F |
| | | | | Route=D, PCT=28, Sector=28D, St=Assigned, P=5, Current=F, Open =T, Type=52D6-DISPUTE: FAMILY, Open/Curent=F |
| | | | | Unit=28D1-3, St=84, Loc=42 W 120 ST MN |
| | | | | Unit=28D1-3, St=DP, Loc=42 W 120 ST MN |
| | | | | Unit=28D1-3, St=84, Comment=DA Auto Promote, Loc=42 W 120 ST MN |
| | | | | EVENT COMMENT=28D1-3 -- DA Auto Promote |
| 19:08:32 | 11/5/2016 | ps1-d07 | 362674 | Unit=28D1-3, St=85, Loc=42 W 120 ST MN |
| 19:08:40 | 11/5/2016 | ps1-d07 | 362674 | Route=D, PCT=28, Sector=28D, St=Assigned, P=5, Current=F, Open =T, Type=52D6-DISPUTE: FAMILY, Open/Curent=F |
| | | | | Unit=28LT1, St=DA, Comment=Event D16110518835 Dispatch Assigned |
| | | | | EVENT COMMENT=28LT1 -- Event D16110518835 Dispatch Assigned |
| 19:09:56 | 11/5/2016 | ps1-d07 | 362674 | Route=D, PCT=28, Sector=28D, St=Assigned, P=5, Current=F, Open =T, Type=52D6-DISPUTE: FAMILY, Open/Curent=F |
| | | | | Unit=28LT1, St=DP, Loc=42 W 120 ST MN |
| 19:10:25 | 11/5/2016 | ps1-d07 | 362674 | Route=D, PCT=28, Sector=28D, St=Assigned, P=5, Current=F, Open =T, Type=52D6-DISPUTE: FAMILY, Open/Curent=F |
| | | | | Route=D, PCT=28, Sector=28D, St=Assigned, P=5, Current=F, Open =T, Type=52D6-DISPUTE: FAMILY, Open/Curent=F |
| | | | | Unit=28LT1, St=UC, Comment=Preempt |
| | | | | Unit=28LT1, St=AV |
| | | | | Unit=28LT1, St=DA, Comment=Event D16110518835 Dispatch Assigned |
| | | | | EVENT COMMENT=28LT1 -- Preempt |
| | | | | 28LT1 -- Event D16110518835 Dispatch Assigned |
| 19:11:04 | 11/5/2016 | ps1-d07 | 362674 | EVENT COMMENT=AUTH OF 28D----REQ LT TO LOC ----D2112 |
| 19:12:25 | 11/5/2016 | ps2-c042 | 363728 | EVENT COMMENT=ANOTHER CALL -- MC STS THE OFFICERS CAME INTO APARTMENT ASKING FOR ID AND PROOF |
| | | | | HE HAS CUSTODY OF HIS CHILD ---- |
| 19:12:41 | 11/5/2016 | ps2-c042 | 363728 | EVENT COMMENT=MC STS HE ASKED THEM TO LEAVE AND THEY REFUSED |
| 19:13:08 | 11/5/2016 | ps2-c042 | 363728 | EVENT COMMENT=--- MC STS THEY ARE SEARCHING HIS APARTMENT ILLEGALLY |
| 19:13:26 | 11/5/2016 | ps2-c042 | 363728 | EVENT COMMENT=REQUESTING SGT TO LOC |
| 19:13:53 | 11/5/2016 | ps2-c042 | 363728 | EVENT COMMENT=MC RATTRAY CB 917 353 9675 |
| 19:14:12 | 11/5/2016 | ps2-c042 | 363728 | EVENT COMMENT=1 OFFICERS BADGE IS 9085 -- OTHER OFFICER BADGE UNKN |
| 19:15:23 | 11/5/2016 | ps2-c042 | 363728 | EVENT COMMENT=MC REFUSED TO SPEAK WITH IAB ---- ONLY WANTS SGT TO LOC |
| 19:15:30 | 11/5/2016 | ps2-c042 | 363728 | EVENT COMMENT=ANI-ALI-9173539675 VERIZON WIRELESS 1980 7TH AVE SE SECTOR NEW YORK COS:WPH2 |

|  |  |  |  | LAT: 040.803137 LON:-073.946121 OPER GUTIERREZ, RICHARD A-C-PCPPDVCP518-135 OPR 2336 |
|---|---|---|---|---|
| 19:22:12 | 11/5/2016 | ps1-d07 | 362674 | Route=D, PCT=28, Sector=28D, St=Assigned, P=5, Current=F, Open =T, Type=52D6-DISPUTE: FAMILY, Open/Curent=F |
|  |  |  |  | Unit=28LT1, St=DP, Loc=42 W 120 ST MN |
| 19:22:35 | 11/5/2016 | ps1-d07 | 362674 | Unit=28LT1, St=ER, Loc=42 W 120 ST MN |
| 19:38:32 | 11/5/2016 | ps1-rc01 |  | Unit=28D1-3, St=~, Loc=42 W 120 ST MN |
| 19:41:08 | 11/5/2016 | ps1-d07 | 362674 | Unit=28D1-3, St=CU, Comment=Alarm Timer Extended: 30, Loc=42 W 120 ST MN |
|  |  |  |  | EVENT COMMENT=28D1-3 -- Alarm Timer Extended: 30 |
| 19:52:35 | 11/5/2016 | ps2-ts05 | 359149 | Unit=28LT1, St=~, Loc=42 W 120 ST MN |
| 20:10:32 | 11/5/2016 | ps2-ts06 | 338663 | Unit=28D1-3, St=~, Loc=42 W 120 ST MN |
| 20:11:58 | 11/5/2016 | ps1-d07 | 362674 | Route=D, PCT=28, Sector=28D, St=Assigned, P=5, Current=F, Open =T, Type=52D6-DISPUTE: FAMILY, Open/Curent=F |
|  |  |  |  | Unit=28LT1, St=UC, Comment=Preempt |
|  |  |  |  | Unit=28LT1, St=AV |
|  |  |  |  | EVENT COMMENT=28LT1 -- Preempt |
| 20:11:59 | 11/5/2016 | ps1-d07 | 362674 | Route=D, PCT=28, Sector=28D, St=Assigned, P=5, Primary Unit=28D1-3, Primary Member=0, Current=F, Open =T, Type=52D6-DISPUTE: FAMILY, Open/Curent=F |
|  |  |  |  | Unit=28LT1, St=DA, Comment=Event D16110518835 Dispatch Assigned |
|  |  |  |  | EVENT COMMENT=28LT1 -- Event D16110518835 Dispatch Assigned |
| 20:15:25 | 11/5/2016 | ps1-d07 | 362674 | Route=D, PCT=28, Sector=28D, St=Assigned, P=5, Primary Unit=28D1-3, Primary Member=0, Current=F, Open =T, Type=52D6-DISPUTE: FAMILY, Open/Curent=F |
|  |  |  |  | Route=D, PCT=28, Sector=28D, St=Assigned, P=5, Primary Unit=28D1-3, Primary Member=0, Current=T, Open =F, Type=52D6-DISPUTE: FAMILY, Open/Curent=F |
|  |  |  |  | EVENT CLOSED |
|  |  |  |  | Unit=28D1-3, St=AV |
|  |  |  |  | Unit=28LT1, St=AV, Loc=42 W 120 ST MN |
|  |  |  |  | Disposition Assigned=90F1 |