# EXHIBIT E

Re: Wendy v. Rattray File 263409 V-31854-16 V-36024-16

From: Wentworth "Gary" Rattray (garyrattray@yahoo.com)

To: avarvaloucas@lawyersforchildren.org

Date: Sunday, November 6, 2016, 08:54 AM EST

Ms Varvaloucas -

Autumn is fine. At the time she was at an event with two of her school friends. I am so happy that she wasn't here to witness this. Everything is relatively fine, Autumn wasn't here, I wasn't shot and I didn't go to jail. I think the officers are filing a DIR to cover themselves because it got ugly for a while.

It might have been a non-event from my side if she was here but just having the police ringing the bell would have been intimidating for Autumn... heck it was intimidating to me a life-hardened adult who knows most of the story and that I did nothing wrong.

It got ugly because I couldn't meet the officers' demands to show them the child, or to show a piece of paper that the child was supposed to be with me or that I have custody so I asked for a supervisor to come out. I also didn't want officers tracking her down to check on her welfare at 7 o'clock at night.

At first I started talking to the officers through the door to find out why they were there. They insisted I open the door because they weren't going to talk through the door. I opened the door and they said they had a report that the child is not being made available to the mother and asked if Autumn could come to the door. I said no Autumn isn't available and told the officers that I saw the mother downstairs on my way in and advised her to speak with her attorney and that I had just sent an email to the court about it.

One officer said "If you don't have a piece of paper saying that you are supposed to have the child you're going to jail". I asked her if she had a piece of paper saying that the child should be with anyone else. The other officer said that they didn't need one because they are checking on the welfare of a 10yr old child. I said the child wasn't here. I stopped talking to the officers and asked to speak to their supervisor and went to close the door.

One officer blocked the door with his boot then walked in and they proceeded to search the apt for Autumn and asked for my ID. When I asked why they needed my ID he said he needed to know who he is talking to for when he called child services. I called 911 asked for a supervisor and gave them my name and address, asked for a supervisor, and left the line open until the operator hung up. I repeatedly, loudly, and explicitly asked the officers to leave. They insisted on knowing where Autumn was. I told them she was fine, she was with a friend and insisted they leave and we continue the conversation when their supervisor arrived. He asked which friend I asked if he knew her friends... or my friends... 'nuff said.

The supervisor eventually showed up and he and I walked through the paperwork and the emails that I did have on hand, none of the official papers actually says that I have custody of Autumn, but the supervisor was able to grasp the correct answer but advised the officers to create a DIR based on my uncooperative stance and the explicit language in my earlier requests for the first two officers to leave the apartment.

I remember Autumn and her sitter being scared when the papers were being originally served because the process server was knocking on the door asking to speak to me. I can only imagine what kind of fear or doubts actual police showing up would put in her mind.

Officers showing up to a play date to check on Autumn's welfare would be even more terrifying for Autumn and her hosts because Autumn, as any other 10yr old child, would immediately worry that something bad had happened and that would not be a good memorable event in her mind.

Some person, wise beyond their years, said that I need an attorney... that is true wisdom but if/when I go down that road the objective changes from "protect my child without hurting her mother" to "protect my child at all cost, even if it means exposing the mother as being incompetent as a parent, an EDP with special needs, under the influence of her boyfriend who himself is grooming the child towards his own nefarious objectives...".

Trying to keep it civilized by focusing on the actions and not on the person is getting harder... and ultimately Autumn has to deal with the person and with the person's actions...so perhaps it's time to let the lawyers do what they do and let it get ugly.

Regards,

Gary Rattray

> On Nov 6, 2016, at 12:48 AM, Alaina Varvaloucas <avarvaloucas@lawyersforchildren.org> wrote:
>
> What wound up happening? Where is Autumn? Did you show them this email chain?
>
> On Saturday, November 5, 2016, Wentworth "Gary" Rattray <garyrattray@yahoo.com> wrote:
>> All -
>>
>> Please be advised that as of now, there are two officers who have entered my apartment against my wishes and refuse to leave until I can provide proof that I should have custody of Autumn, of Autumn's well being and of Autumn's whereabouts.

As I expressed earlier email, Autumn is unavailable. The courts have apparently been called to challenge my custody this weekend.

Regards,

Gary Rattray

On Nov 5, 2016, at 7:01 PM, Wentworth Gary Rattray <garyrattray@yahoo.com> wrote:

> Ms Liu-
>
> Thanks to the court. Please be advised that Ms Wendy Sandy is downstairs with her live-in boyfriend expecting to pick up Autumn at 7pm today.
>
> Ms Wendy has been informed that Autumn is not available and that Ms Wendy Sandy should speak with her counsel to get information on when she should be here to pick up Autumn.
>
> Thank you,
>
> Gary Rattray
>
> On Nov 4, 2016, at 4:25 PM, BB Liu <bbuliu@nycourts.gov> wrote:
>
>> Counsel and Mr. Rattray,
>>
>> The court has issued an amended order that provides for visits on November 2nd, 9th, 16th and 27th. Additionally, there is to be one overnight visit from December 3rd to 4th.
>>
>> Due to a tightening of security measures regarding court orders, court staff has been instructed to cease sending copies of orders via email or fax. The amended order has been mailed to you. (In the alternative, you are welcome to come to the Record Room in court to obtain a copy of the order on any day the courthouse is open.)
>>
>> Thank you.
>>
>> Regards,
>>
>> BB Liu, Esq.
>>
>> Court Attorney to the Hon. J. Machelle Sweeting
>>
>> New York Family Court
>>
>> 60 Lafayette Street., 10th floor
>>
>> New York, NY 10013
>>
>> Telephone (office): (646) 386-5139
>>
>> Telephone (Part 3): (646) 386-5380
>>
>> Facsimile: (212) 374-2622
>>
>> ---
>>
>> **From:** Wentworth "Gary" Rattray [mailto:garyrattray@yahoo.com]
>> **Sent:** Friday, November 4, 2016 5:23 AM
>> **To:** BB Liu <bbuliu@nycourts.gov>