# EXHIBIT F

| Executed: 12/9/2016 17:02 | | Executed by: NYPDFINEST \WONG932079 |
|---|---|---|

 **New York City Police Department Domestic Incident** 

| Domestic Incident #: 2016028010736 | Occurred: 11/5/2016 18:51 | Incident Precinct: 028 | Case Status: |
|---|---|---|---|
| Incident #: 10736 | Reported: 11/5/2016 19:56 | Report Precinct: 028 | PSA Cmd Code: 028 |
| Tax #: 345302 | Created: 11/7/2016 16:28 | Patrol Borough: 2 | Agency: N.Y. POLICE DEPT |

**ADDRESS**

| Precinct: 028 | Intersection Street: | Cross Street: 5 AVENUE |
|---|---|---|
| APT or Suite #: #3C | Street #: 42 | Street Name: WEST 120 STREET |
| City: NEW YORK | Zip Code: | Premises Name: |

Narrative:

I CAME TO PICK AUTUMN UP AT 7PM 11-5-16. I HAVE BEEN CALLING HER TO LET HER KNOW THAT I AM PICKING AT 7PM DID NOT ANSWER ANY PHONE CALLS THEN I SAW THE DAD AND HE HOLD ME ME THAT AUTUMN IS NOT HOME AND I WOULD NOT BE SEEING MY CHILD

N/A

AT TPO P1 AND P2 HAD A DISPUTE OVER CUSTODY OF CHILD AND DATES TO PICK UP CHILD. P1 CALLED POLICE, BECAUSE P2 REFUSED TO LET P1 SEE CHILD. P1 AND P2 HAVE JOINT CUSTODY OF CHILD. WHEN OFFICERS RESPONDED TO SPEAK TO P2, P2 WAS BEING AGGRESSIVE AND REFUSED OFFICERS TO SEE CHILD NOR SHOW COURT PAPERS. P2 WAS BEING OFFENSIVE AND CURSING OUT OFFICERS, TRY CLOSING DOOR. CHILD WAS NOT AT LOCATION AT TIME, SO MOTHER WAS UNABLE TO PICK UP CHILD.

NA/

N/A

**VICTIM**

| First Name: WENDY | Middle Name: M. | Last Name: SANDY |
|---|---|---|
| Alias Name: | SSN: | Gender: FEMALE |
| DOB: [redacted] | Calculated Age: 45 | Reported Age: 45 |
| Race: BLACK | Phone #: 7188139099 | Phone Type: HOME |

**VICTIM ADDRESS**

| Precinct: | Intersection Street: | Cross Street: |
|---|---|---|
| APT or Suite #: | Street #: 46 | Street Name: ROBERT TREAT DR |
| City: MILFORD | Zip Code: 06460 | Premises Name: |

**PERP**

| NYSID: | SSN: | Gender: MALE | |
|---|---|---|---|
| Last Name: RATTRAY | First Name: GARY | Middle Name: WENTWORTH | |
| Alias Name: | Calculated Age: 49 | Reported Age: 49 | |
| DOB: 8/5/1967 | Role: Perp | | |
| Phone #: 9173539675 | Phone Type: HOME | | |

**PERP ADDRESS**

| Precinct: 028 | Intersection Street: | Cross Street: 5 AVENUE |
|---|---|---|
| APT or Suite #: #3C | Street #: 42 | Street Name: WEST 120 STREET |
| City: NEW YORK | Zip Code: | Premises Name: |

**OFFENSE**

| PD Code | PD Desc | Law Section | Law Category Code | Law Code |
|---|---|---|---|---|

**OFFICER**

| First Name | Middle Name | Last Name | Role | Tax# | Command# |
|---|---|---|---|---|---|
| MIRIAM | | RAMOS | Officer Reported | 345302 | 028 |
| ALYSSA | M | TRIGUENO | Enterer | 957226 | 028 |
| MERVIN | R | BAUTISTA | Approving Supervisor | 929694 | 028 |

**GUN PERMIT**

Page 1 of 3

D_00068

*CONFIDENTIAL - FOR USE IN 17-cv-8560 only*

| LIC Permit#: | Permit County: | Last Name: | First Name: |
|---|---|---|---|
| Sprint #: D16110518835 | Init Method: WALK-IN | | Arrest Made: NO |
| Complaint Yr: | Complaint#: 0 | | Arrest Resisted: |
| Non Arrest Reason Code: NOC | Reason Desc: NO OFFENSE COMMITED | | Arrest ID: |
| OOP Exp Date: | OOP Issued Court Name: | | OOP Court Type: |
| OOP Docket #: | OOP Reg Checked: NO | | OOP Association: |
| OOP Violated: | OOP Priority: | | COP Type: |
| OOP Found: NO | Child Count: 1 | | Officer Signed Date: |
| DIR Status: APP | Weapon Used Other: | | Supervisor Signed Date: 11/8/2016 |
| Cross DIR #: | SS PCTN Othr actn: | | Issued to Victim Date: |
| DVO Signed Date: | Detective Assign Date: | | Detective Clear Desc: |
| DIR Void Date: | DIR Void Reason Cd: | | DIR Void Officer Tax #: |
| Property Damage Value: | Common Child: YES | | Victim Live Together: NO |
| Assoc Injured Prison: | Child Under 18: YES | | Victim Lived Together: |
| Suspect On Scene: YES | Stay Away Order: NO | | Photos Taken: NO |
| Victim Injured Photos: YES | Suspect Injured Photos: NO | | Photos Of Scene: NO |
| Damaged Property Photos: | Other Photos: NO | | Other Than Photos: NO |
| Victim Emotional Crying: YES | Victim Emotional Shaking: | | Victim Emotional Nervous: NO |
| Victim Emotional Afraid: NO | Victim Emotional Upset: NO | | Victim Emotional Calm: |
| Guns Seized: | Guns in House: | | Victim Emotional Excited: |
| Gun Permits: | Gun Permits Seized: | | CNTC Child Prot: |
| CNTC Adult Prot: | CNTC Domestic Violence: | | CNTC Fire Arms: |
| CNTC Mental Health: | CNTC Parole: | | CNTC Probation: |
| CNTC Rape CRIS: | CNTC Other Agency: | | DIR Given To Victim: YES |
| Victim No Right: YES | Arrest After DIR: | | Suspect Child Abuse: NO |
| ACT Destroy Property: | ACT Force Entry: | | ACT Hair Pulling: |
| ACT Homicide: | ACT Impaired: | | ACT Injured Killed: |
| ACT Intimidation: | ACT Phone Interfere: | | ACT Kicking: |
| ACT Punching: | ACT Pushing: | | ACT Sexual Assault: |
| ACT Shooting: | ACT Slamming: | | ACT Slapping: |
| ACT Strangulating: | ACT Suicide: | | ACT Threw Item: |
| ACT Unwanted CNTC: | ACT Verbal Abuse: | | ACT Violated custody: |
| ACT Biting: | ACT Grabbing: | | ACT Pushing to Wall: |
| ACT Pulling Phone: | ACT Weapons: | | ACT Child Injured: |
| ACT Others: | ACT Others Injured: | | ACT Force Restriction: |
| Threat Self Injured: | Threat Dest Prop: | | Threat Persons Injured: |
| Threat Pet Injured: | Threat Child Taken: | | Threat Non Verbal: |
| Threat Use Weapon: | Threat Other: | | Blunt Weapon Used: |
| Gun Weapon Used: NO | Sharp Weapon Used: | | Vehicle Weapon Used: |
| Detective Assigned: | Verbal Dispute: | | Unfounded DIR: NO |
| Void DIR: | Cross DIR: | | Complaint Filed: |
| Other Weapon: NO | Statements Made: | | Prior DV History: |
| Prior Police Report: | Victim Fearful: YES | | Access to Weapon: NO |
| Suspect DRG ALC: NO | Suspect HX Suicide: | | Probation Or Parole: |
| DIR Rep Checked: | Access to Weapon: | | Completed 710: |
| Threats to Victim: NO | Threats to Pet: NO | | Threat Other: NO |
| Threats to Child: NO | Threat to Commit Suicide: NO | | Threat Other Desc: |
| Suspect Injured: NO | Suspect Injured Desc: | | Suspect Supervised: STU |
| Offense Committed: | Gun Weapon Other: | | Suspect Threats: NO |
| Phyical Violence Increase: NO | Capable of Killing: NO | | Beaten while Pregnant: NO |
| Violently Jealous: NO | Threat to Kill: NO | | Strangled/Choked: NO |

CONFIDENTIAL — FOR USE in 17-cv-8560 Only

| | | | | | |
|---|---|---|---|---|---|
| Video Evidence: NO | | Electronic Evidence: NO | | Dmg Property Evidence: NO | |
| Dmg Property Photos: | | | | Interpreter Needed? NO | |
| Photos other Desc: | | | | | |
| Evidence Collected: | | | | | |
| Evidence Other: | | | | | |
| Safe Method of Contact: (718) 813-9099 | | | | | |
| Vic No Rights Other: | | Victim Angry: | NO | Victim Fearful: | |
| DIR Not Given to Victim: | | Victim Emotion Other: | | Victim Injured: | |
| Victim in Pain: | | Victim Strangulation: | NO | Victim Lost Conscious: | NO |
| Victim Urin/Def: N | | Victim Red Eyes: | N | Victim Sore Throat: | NO |
| Victim Breath Changed: NO | | Victim Difficult Swallow: | NO | Victim Visible Marks: | |



CONFIDENTIAL - FOR USE in 17-CV-8560 Only