UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/23/2022
```

**WENTWORTH RATTRAY**
              Plaintiff,

      -against-

POLICE OFFICER JOSE CADAVID, BADGE NO. 9085, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY;
POLICE OFFICER ALYSSA TRIGUENO, IN HER INDIVIDUAL AND OFFICIAL CAPACITY
              Defendants,
_____

**Motion for Extension of Time to Serve File,
Response to Defendant's Motion for Summary Judgement**

**17-CV-8560** PGG (KHP)

Pro Se Plaintiff Wentworth Rattray, in the above titled action requests the Hon. Paul G Gardephe, United States District Judge, grant Plaintiffs request for an order <u>granting additional time, seven additional days, until May 23, 2022, for Plaintiff to file a response to Defendants extensive Motion for Summary Judgement</u> [ECF 206 and 207].

WHEREFORE, Plaintiff requests that the Court grant this request for additional time Plaintiff anticipates that this delay will cause no hardship for Defendant officers or the City of New York Law Department.

Dated: <u>May 16th, 2020</u>
        New York, New York

                            <u>Wentworth Rattray, Pro Se //</u>
                            Wentworth Rattray, Plaintiff
                            42 West 120th Street, #3C
                            New York, New York 10027
                            917-353-9675

---

Plaintiff shall file his opposition to Defendants' Motion for Summary Judgment by May 23, 2022.  Defendants shall file their reply by June 7, 2022.

As the undersigned is referred for General Pretrial and the Motion for Summary Judgment, parties are reminded to address correspondence regarding such matters to the undersigned.

**APPLICATION GRANTED**

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.   5/23/2022