

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

JOHN SCHEMITSCH
*Senior Counsel*
Phone: (212) 356-3539
Fax: (212) 356-3509
jschemit@law.nyc.gov

April 7, 2023

**VIA ECF**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

   Re: Wentworth Rattray v. City of New York, et al.,
      17 Civ. 8560 (PGG) (KHP)

Your Honor:

   I am a Senior Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants Officer Cadavid and Officer Trigueno. Defendants write to respectfully request a referral to the Magistrate Judge for a settlement conference, and a corresponding adjournment of the trial and all pre-trial deadlines, *sine die*, until the settlement conference takes place. Plaintiff joins in this request. Last week, on March 30, 2023, the Court issued its Memorandum Opinion and Order on defendants' motion for summary judgement. (See ECF No. 225). The Court further scheduled trial to begin on May 15, 2023, and directed the parties to provide pretrial filings beginning April 17, 2023. (See ECF No. 225). The parties have conferred and believe that a settlement conference would best facilitate resolution in this matter.

   Thank you for your consideration herein.

               Respectfully submitted,
               /s/
               John Schemitsch
               *Senior Counsel*

cc: **VIA ECF and Email**
   Wentworth Rattray
   *Pro Se*

**MEMO ENDORSED:** The application is granted. All deadlines referenced in this Court's March 30, 2023 Order (Dkt. No. 225) are adjourned 30 days. This case will proceed to trial on June 12, 2023, at 9:30 a.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The joint pretrial order, motions in limine, voir dire requests, and requests to charge are due on May 17, 2023. Responsive papers, if any, are due on May 24, 2023. There will be a final pretrial conference on June 9, 2023, at 10:00 a.m. in Courtroom 705.

The parties will submit a joint letter updating the Court on the status of settlement discussions every thirty days from today, and in any event, within three days of any settlement conference before Judge Parker. The Clerk of Court is directed to mail a copy of this order to pro se Plaintiff.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Date: April 10, 2023