```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WENTWORth RATTRAY

                                        Plaintiff,            **17-CV-8560 (PGG)(KHP)**

           -against-                      **ORDER SCHEDULING SETTLEMENT**
                                                                          **CONFERENCE**

CITY OF NEW YORK et al,

                                        Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Thursday, May 11, 2023 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **May 4, 2023 by 5:00 p.m.**

      **The Clerk of Court is directed to mail a copy of this order to the Plaintiff.**

      SO ORDERED.

DATED:    New York, New York
              April 11, 2023

                                                          *Katharine H. Parker*
                                                            _____
                                                            KATHARINE H. PARKER
                                                            United States Magistrate Judge