

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>L**AW** D**EPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **JOHN SCHEMITSCH**<br>*Senior Counsel*<br>Phone: (212) 356-3539<br>Fax: (212) 356-3509<br>jschemit@law.nyc.gov |

May 23, 2023

**VIA ECF**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

      Re:      <u>Wentworth Rattray v. City of New York, et al.</u>,
                 17 Civ. 8560 (PGG) (KHP)

Your Honor:

      I am a Senior Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants Officer Cadavid and Officer Trigueno. Defendants write to respectfully request the Court compel plaintiff to provide his portion of the joint pretrial documents.

      Trial is scheduled to begin on June 12, 2023. (ECF No. 226). The Court directed the parties to file pretrial documents, namely a joint pretrial order, motion *in limine*, *voir dire* requests, and request to charge, by May 26, 2023, with plaintiff to provide his portions to defendants by May 19, 2023. Defendants then moved to adjourn the trial, which the Court has not yet ruled on. (ECF No. 234). In an effort to remain prepared for trial should the Court not adjourn it, defendants requested plaintiff provide his portions of the pretrial documents by no later than today. Plaintiff's view is that the parties can wait for the Court's ruling on the request for an adjournment of trial before providing his portions of the joint pretrial documents. Accordingly, defendants request that plaintiff be ordered to produce his portions of the joint pretrial documents by no later than May 24, 2023 so that defendants can have an opportunity to review and prepare their portions by the Court's deadline of May 26, 2023.

      Thank you for your consideration herein.

                                                    Respectfully submitted,
                                                    /s/
                                                    John Schemitsch
                                                   *Senior Counsel*

cc: **VIA ECF and Email**
Wentworth Rattray
*Pro Se*

**MEMO ENDORSED:** There will be a conference in this matter on May, 31, 2023 at 10:30 a.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse. By May 26, 2023 Plaintiff will make a submission responding to Defendant's letter motions (Dkt. Nos. 234, 235).

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
 Date:  May 25, 2023