

| | | |
|---|---|---|
| NEW YORK | | HANOI |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | *FIRM and AFFILIATE OFFICES* | SHANGHAI |
| PHILADELPHIA | | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | MELISSA S. GELLER | MIAMI |
| SILICON VALLEY | DIRECT DIAL: +1 212 692 1077 | BOCA RATON |
| SAN DIEGO | PERSONAL FAX: +1 973 556 1562 | PITTSBURGH |
| LOS ANGELES | *E-MAIL:* MSGeller@duanemorris.com | NEWARK |
| BOSTON | | LAS VEGAS |
| HOUSTON | *www.duanemorris.com* | CHERRY HILL |
| DALLAS | | LAKE TAHOE |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

May 25, 2022

**VIA ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

     Re: *Rattray v. Cadavid, et al.*, No. 1:17-CV-8560 (PGG)

Dear Judge Gardephe:

     We represent Plaintiff Wentworth Rattray in the above-referenced matter.  The SDNY pro bono program referred Mr. Rattray to us, and we finalized the engagement yesterday afternoon.  We write concerning the current schedule.  I understand that there is a pending motion to compel, a pending motion to adjourn the trial date from the defendants, a deadline to file the joint pre-trial memorandum on May 26, a conference at 10:30 on May 31, and a trial date of June 12.

     We respectfully request an adjournment of all dates given our recent engagement.  As the Court is aware, Mr. Rattray has been largely proceeding pro se, and we do not yet know the current status of his trial preparation.  We are working as expeditiously as we can, but I expect it will take a few days at least to gather and digest the case materials and determine how long we reasonably need to prepare for trial.

     To that end, should the Court agree to adjourn the trial, we propose that the parties file a joint status letter on May 31, 2023 either advising the Court that the parties are prepared to schedule trial at the Court's convenience or providing a timeline to resolve any issues preventing scheduling.

     If the Court still inclined to hold a conference, we respectfully request a different day, as I and associate have a prior commitment on May 31.

DUANE MORRIS LLP

DuaneMorris

May 25, 2022
Page 2

      We have discussed with the counsel for the defendants, who join the adjournment request and the above proposal.
.

      Respectfully submitted,

      /s/ *Melissa S. Geller*

cc:  All Counsel of Record (Via ECF)

**MEMO ENDORSED:**  The deadline to submit a joint pre-trial order is adjourned sine die.  The May 31, 2023 conference is adjourned to June 1, 2023 at 12:00 p.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.  At that conference, the Court will discuss with the parties their respective requests to adjourn trial and will set new deadlines for pretrial submissions.

SO ORDERED.

Paul G. Gardephe
United States District Judge

Date:  May 26, 2023

DM1\14177925.2