UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WENTWORTH RATTRAY,

                Plaintiff,

v.

THE CITY OF NEW YORK, POLICE OFFICER JOSE CADAVID (BADGE NO. 9085), POLICE OFFICER SGT MERVIN BAUTISTA, and POLICE OFFICER ALYSSA TRIGUENO,

                Defendants.

**ORDER**

17 Civ. 8560 (PGG) (KHP)

PAUL G. GARDEPHE, U.S.D.J.:

      As discussed at the June 1, 2023 conference, trial in this matter is adjourned to **August 29, 2023 at 9:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

      The parties are directed to comply with this Court's Individual Rules concerning the preparation of a pre-trial order. The joint pre-trial order, motions in limine, proposed voir dire, and requests to charge are due by **July 28, 2023**. Responsive papers, if any, are due by **August 4, 2023**.

Dated: New York, New York
       June 5, 2023

                        SO ORDERED.

                        _____
                        Paul G. Gardephe
                        United States District Judge