UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WENTWORTH RATTRAY,

               Plaintiff,

v.

THE CITY OF NEW YORK, POLICE OFFICER JOSE CADAVID (BADGE NO. 9085), POLICE OFFICER SGT MERVIN BAUTISTA, and POLICE OFFICER ALYSSA TRIGUENO,

               Defendants.

**ORDER**

17 Civ. 8560 (PGG) (KHP)

PAUL G. GARDEPHE, U.S.D.J.:

        There will be a final pretrial conference in this matter on **August 25, 2023 at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshal United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
          August 17, 2023

SO ORDERED.

_Paul S. Gardephe_
_____
Paul G. Gardephe
United States District Judge