UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WENTWORTH RATTRAY,

              Plaintiff,

v.

POLICE OFFICER JOSE CADAVID
(BADGE NO. 9085), and POLICE
OFFICER ALYSSA TRIGUENO,

              Defendants.

**VERDICT**

17 Civ. 8560

The jury hereby unanimously makes the following findings:

## LIABILITY

### Section 1983 – Unlawful Search

1. Has Wentworth Rattray proven, by a preponderance of the evidence, his Section 1983 unlawful search claim against Officer Jose Cadavid?

   YES _____      NO ✓

### Section 1983 – Unlawful Arrest

2. Has Wentworth Rattray proven, by a preponderance of the evidence, his Section 1983 unlawful arrest claim against Officer Jose Cadavid?

   YES _____      NO ✓

**If you answered "NO" to both Questions 1 and 2 then your deliberations are at an end, and the Foreperson should sign and date this form and tell the Marshal that the jury has reached a verdict.**

**If you answered "YES," to Question 1, you must answer Question 3, and if you answered "YES," to Question 2, you must answer Question 4. If you answered "NO" to Question 1, you will not answer Question 3, and if you answered "NO" to Question 2, you will not answer Question 4.**

### Section 1983 – Failure to Intervene

3. Has Wentworth Rattray proven, by a preponderance of the evidence, his Section 1983 failure to intervene claim against Officer Alyssa Trigueno as it relates to his Section 1983 unlawful search claim against Officer Jose Cadavid?

   YES _____      NO _____

4. Has Wentworth Rattray proven, by a preponderance of the evidence, his Section 1983 failure to intervene claim against Officer Alyssa Trigueno as it relates to his Section 1983 unlawful arrest claim against Officer Jose Cadavid?

   YES _____      NO _____

   **If you answered "YES," to any of Questions 1 through 4, answer Questions 5, 6 and 7 below.**

5. Did Officer Cadavid reasonably believe, even if mistaken, that there was an urgent need to render aid or to take immediate action with respect to Wentworth Rattray's daughter when he entered Rattray's apartment?

   YES _____      NO _____

### DAMAGES

6. Has Wentworth Rattray proven, by a preponderance of the evidence, that he is entitled to compensatory damages for his emotional distress with respect to his unlawful search, unlawful arrest, and/or failure to intervene claim?

   YES _____      NO _____

   If YES, state the amount that should be awarded as compensatory damages:

   $ _____

   If NO, what amount of nominal damages do you award to Plaintiff Rattray, in an amount not to exceed $1.00?

   $ _____

7. Has Wentworth Rattray proven, by a preponderance of the evidence, that he is entitled to an award of punitive damages against Officer Jose Cadavid?

   YES _____      NO _____

   If YES, state the amount that should be awarded as punitive damages to Plaintiff:

   $ _____

After completing this form, the Foreperson should sign and date it, place it in an envelope, and inform the Marshal that the jury has reached a verdict.

Dated: 9/1/23

_Alandria K. Richberg_
Signature of Foreperson