UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Wentworth Rattray,

                Plaintiff,                                17 **CIVIL** 8560 (PGG)

     -against-                                  **<u>JUDGMENT</u>**

Cadavid, et al.,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Paul G. Gardephe, United States District Judge, the jury having returned a verdict in favor of Defendants, the Complaint is hereby dismissed.

DATED: New York, New York
             September 5, 2023

                                                                  **RUBY J. KRAJICK**

So Ordered:                                                      **Clerk of Court**

                                                              BY:

    **U.S.D.J.**                                                       **Deputy Clerk**